IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HERBERT BROWN, ) | CIV. NO. 06-00496 HG-BMK |
| ) | |
| Petitioner, ) | |
| ) | FINDING AND |
| vs. ) | RECOMMENDATION THAT |
| ) | PETITION FOR HABEAS CORPUS |
| IWALANI WHITE, Director, ) | BE GRANTED |
| Department of Public Safety, State of ) | |
| Hawai'i; FRANK J. LOPEZ, Deputy ) | |
| Director for Corrections, State of ) | |
| Hawai'i Department of Public ) | |
| Safety; MARK J. BENNETT, ) | |
| Attorney General, State of Hawai'i, ) | |
| and CLAYTON FRANK, Warden, ) | |
| Halawa Correctional Facility, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

FINDING AND RECOMMENDATION THAT PETITION FOR HABEAS
CORPUS BE GRANTED

On September 12, 2006, Petitioner Herbert Brown ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  After careful consideration of the petition and all other filings, the Court hereby FINDS and RECOMMENDS that the petition for habeas corpus be GRANTED and that Petitioner be resentenced.

On September 27, 2004, Petitioner was convicted of two class-C felony offenses: two counts of third-degree sexual assault under Hawaii Revised Statute § 707-732(1)(b).  Petitioner was sentenced to two consecutive ten-year sentences pursuant to Hawaii's extended-term sentencing regime.

On September 26, 2005, the Hawaii Supreme Court affirmed Petitioner's conviction.  Petitioner then filed the present action.  The only ground for habeas relief he asserts is that the imposition of his extended term sentences violated Apprendi v. New Jersey, 530 U.S. 466 (2000).  Respondents (collectively "the State") filed an answer on January 19, 2007, and Petitioner filed a reply on February 23, 2007. On May 25, 2007, the State notified the Court that it was withdrawing its opposition to Petitioner's habeas petition.

Accordingly, the Court hereby FINDS that under Kaua v. Frank, 436 F.3d 1057 (9th Cir. 2006), Petitioner's extended term sentencing violated Apprendi and RECOMMENDS that habeas corpus be GRANTED and petitioner resentenced.

IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 4, 2007

Brown v. White; Civ. No. 06-496 HG-BMK; FINDING AND RECOMMENDATION THAT PETITION FOR HABEAS CORPUS BE GRANTED.