IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HERBERT BROWN, | ) | CV 06-00496HG-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| IWALANI WHITE, Director, | ) | |
| Department of Public | ) | |
| Safety, State of Hawaii, | ) | |
| et. al., | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and
served on all parties on June 4, 2007, and no
objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant
to Title 28, United States Code, Section 636(b)(1)(C)
and Local Rule 74.2, the Findings and Recommendation
are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 1, 2007, Honolulu, Hawaii.

/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

cc:all parties of record